AO 247 (Rev 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 11 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

United States of America
v.
DALE ROY CREEL

Case No: 1:03cr80KS-001
USM No: 07367-043

Date of Original Judgment: 08/03/2004
Date of Previous Amended Judgment: _____
(Use Date of Last Amended Judgment if Any)

Michael Scott
Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   Life on Count 1s   months is reduced to   360 months as to Count 1s   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Other Cts remain the same:
10 yrs on Count 2s;
10 yrs on Count 3s;
7 yrs on Count 4s;
Cts 2s, 3s, and 4s to run consecutively to each other and to Count 1s.

Except as otherwise provided, all provisions of the judgment dated   08/03/2004   shall remain in effect.

IT IS SO ORDERED.

Order Date: 10-11-2016

Judge's signature

Effective Date: _____
*(if different from order date)*

The Honorable Keith Starrett  U.S. District Judge
*Printed name and title*